UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:98-CR-00037-F-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| KEISHA CARTER, ) | |
| Defendant. ) | |

This matter is before the court on Keisha Carter's *ex parte* letter motion [DE-853]. Carter argues that she was sentenced to twenty-five years "for guns I never used or carried."

Because it appears Carter is attacking the validity of her sentence, the appropriate avenue to bring this challenge is by way of a § 2255 motion[1]. To the extent that Carter seeks to file a § 2255 motion, she must file it on the appropriate form. The Clerk of Court hereby is DIRECTED to send a copy of the appropriate § 2255 form to Carter. If Carter elects to pursue a § 2255 motion, she shall have twenty-eight days within which to file her motion on the appropriate § 2255 form provided by the Clerk. Carter should send the original of the § 2255 form to:

Clerk of Court
United States District Court, E.D.N.C.
ATTN: Prisoner Litigation Division
P.O. Box 25670
Raleigh, North Carolina 27611

---

[1] Title 28 Section 2255 states four grounds upon which such relief may be claimed: (1) that the sentence was imposed in violation of the Constitution or laws of the United States; (2) that the court was without jurisdiction to impose such sentence; (3) that the sentence was in excess of the maximum authorized by law, and (4) that the sentence is otherwise subject to collateral attack. 28 U.S.C. § 2255(a).

SO ORDERED.

This 8th day of July 2013.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE

2